IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MAXIMILIANO AMPARO CONCEPCION

Plaintiff

v.

CORRECTIONS OFFICER VALENTIN, et al.

Defendants

CIVIL NO.  96-2000(PG)

Section 1983

## JUDGMENT

Pursuant to the reasons fully set forth in our Opinion and Order of even date, it is hereby ORDERED and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of February, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)